IN RE:           FILED       CASE NO. 07-50010

DAVID C. HEASTON     2010 JAN 26 PM 1: 13     CHAPTER 7

       Debtor        U.S. BANKRUPTCY COURT     REPORT OF UNCLAIMED
                      NORTHERN DISTRICT OF OHIO     DIVIDEND
                              AKRON

     Harold A. Corzin, Trustee herein, reports that check #102 was issued on October 15, 2009 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #111 to the Clerk of Courts in the amount of $78.75 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                     /s/ HAC
                                       HAROLD A. CORZIN, TRUSTEE
                                       304 N. Cleveland-Massillon Road
                                       Akron, Ohio 44333
                                       (330) 670-0770
                                       (330) 670-0297 Facsimile
                                       Hcorzin@csu-law.com

January 19, 2010

cc: U. S. Trustee

*Receipt # 81222*
*Check 111*

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 07-50010 - HEASTON, DAVID C.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 312-1739319-66 | 111 | 01/14/10 | U. S. BANKRUPTCY COURT | | | $78.75 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 102 | 03/19/07 | 610 | Dr. Adnen Ahmad<br>201 5th Street<br>Barberton, OH 44203 | 390.00 | 390.00 | 78.75 | 78.75 |

(*) Denotes objection to Amount Filed